**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1524**

———————

DONALD E. CRUMBLE; WANDA E. CRUMBLE,

　　　　　　　　　　　　　Plaintiffs - Appellants,

　　　versus

NEW DIRECTIONS MORTGAGE COMPANY, INCORPORATED,
a Virginia Corporation,

　　　　　　　　　　　　　Defendant - Appellee,

　　　and

AMERICAN BUSINESS MORTGAGE SERVICES,
INCORPORATED, a New Jersey Corporation; BRIAN
COLES,

　　　　　　　　　　　　　Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-653)

———————

Submitted:　September 10, 2003　　Decided:　October 10, 2003

———————

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Kimberly A. Taylor, Dewey B. Morris, THOMPSON & MCMULLAN, Richmond, Virginia, for Appellants. Charles Arthur Gavin, BLACKBURN, CONTE, SCHILLING & CLICK, P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald and Wanda Crumble appeal the district court's order denying their motion to voluntarily dismiss their state law claim and awarding summary judgment to Defendant New Directions Mortgage Co., Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crumble v. New Directions Mortgage Co., Inc., No. CA-02-653 (E.D. Va. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED